■ In the Matter of WILLIAM F. PASSANNANTE, Respondent, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, and JOSEPH M. TOCCI et al., Appellants.— Order unanimously affirmed, without costs. Petitioner's candidacy is not in issue in this court. He is an aggrieved candidate under subdivision 2 of section 330 of the Election Law. Accordingly, he has status to bring this proceeding. The evidence amply supports the finding of the trial court. Concur — Botein, P. J., Rabin, Valente, McNally and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES GLINTON.— Motion for an order directing the production of Ronnie Chapman and Charles Glinton as witnesses for the defendant granted. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

## (June 2, 1960)

■ In the Matter of JOSEPH LIEBERMAN against WILLIAM S. HULTS, as Commissioner of Motor Vehicles.— Motion granted and the stay contained in the order of the Supreme Court, New York County, entered January 13, 1960, is vacated. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ MAGGIE POLITE v. IRVING BURRES.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points on the attorney for the respondent and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court, on or before September 6, 1960, with notice of argument for th October 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente and McNally, JJ.

■ 730 FIFTH AVENUE CORPORATION v. WILLIAM H. PLUMMER & COMPANY, LIMITED.— Motion for stay denied, with $10 costs. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ ZWICKER ELECTRIC CO., INC. v. SEVENTY SECOND STREET PROPERTIES, INC., et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 25, 1960, with notice of argument for September 6, 1960, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before August 31, 1960. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ NEW YORK CENTRAL RAILROAD COMPANY et al., v. NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY.— Motion for stay denied, with $10 costs. The time of the plaintiffs-appellants to reply to the counterclaims contained in the defendant's answer is hereby extended for a period of 10 days after service of a copy of the order herein with notice of entry thereof. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ In the Matter of the Arbitration between BALLANTINE BOOKS, INC. and CAPITAL DISTRIBUTING COMPANY.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 25, 1960, with notice of argument for September 6, 1960, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before August 31, 1960. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.